UNITED STATES SUPREME COURT

| | |
|---|---|
| Vicky Ware Bey, In Proper Persona, Sui Juris<br>Plaintiff / Petitioner / Claimant / Crime Victim<br>Aggrieved and Injured Party - Appellant<br><br>V<br><br>CITY OF NEW YORK<br><br>Cynthia Brann, Commissioner for<br>NEW YORK CITY DEPARTMENT OF CORRECTIONS<br>and her successors<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS<br><br>Melanie Whinnery, Executive Director for<br>NEW YORK CITY EMPLOYEES RETIREMENT SYSTEMS<br><br>NEW YORK CITY EMPLOYEES RETIREMENT SYSTEMS<br><br>Jane and John Does 1 – 10,000<br><br>Defendant(s) / Respondent(s) | EMERGENCY CIVIL<br>ORDER TO SHOW CAUSE<br>TO GRANT THE APPELLANT<br>IMMEDIATE INTERIM<br>INJUNCTIVE AND<br>MONETARY RELIEF AND<br>AN ORDER GRANTING HER<br>DECLARATORY JUDGMENT,<br>DEFAULT JUDGMENT AND<br>JUDGMENT AS A MATTER OF<br>LAW AND JUDGMENT BASED<br>UPON FACTS, PRIMA FACIE<br>EVIDENCE, WRITTEN<br>EXPERT TESTIMONY, LAW<br>ESTABLISHED ELEMENTS<br>THE APPELLEES DEFAULT<br>AND FOR IMMEDIATE<br>INTERIM MONETARY RELIEF<br>AND COMPENSATION FOR<br>41000 DAYS OF FORCIBLE<br>SEXUAL EXPLOITATION<br>IN $10,000.00 PER DAY<br>THE ISSUANCE OF A<br>WARRANT UPON NEW<br>CITY DEPARTMENT OF<br>CORRECTIONS AND AN<br>ORDER COMPELLING<br>COMPLIANCE WITH<br>THE CONSENT DECREE<br>AND TRANSFERRING VENUE<br>TO THIS COURT<br><br>DOCKET# |

FILED
HARRISBURG, PA
OCT 16 2024
PER ___J̶B̶ʌ̶___
DEPUTY CLERK

Upon reading the Affidavit of the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and injured Party – Appellant, Vicky Ware Bey, In Propria Persona Sui Juris, dated October 3, 2024 Let the Defendants Show Cause before United States Supreme Court at 1501 North 6th Street, Harrisburg, PA. 17102 on the 24th Day of October 2024 at 10:00 AM or soon thereafter why an Order should not be made transferring venue to this court and granting the Appellant/ Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party the enforcement of injunctive relief and interim monetary relief in the amount of $ 72,000,000.00, Seventy Two Million Dollars, granting her Declaratory

Judgement, Default Judgment and Judgment as a Matter of law because there are no triable issues in addition to the Defendants in this matter defaulting by failing to appear and defend against the allegations, claims, grievances contained in the Appellants Affidavit / Complaint in which they were summoned to appear in court, her Verified Petition and Complaint and not opposing relief requested by Appellant in her Motions and Affirmations and enforcing a Restraining Order / Affidavit that is in force and recorded on court record in New York Supreme Court, New York County, index # 153420 / 2024 in addition to granting the Appellant an additional $35,590,000.00 Thirty Five Million Five Hundred Ninety Thousand Dollars in additional damages for the intentional ongoing illegal and unlawful monitoring, recording and pubic dissemination of illegal and unlawful live intimate surveillance images of the Appellant and her relatives interstate over the world wide web without the Appellant's / Plaintiff's and her relatives expressed and implied consent and without their knowledge. The Appellees Defendants and their criminal accomplices who are acting with complete malice are intentionally and forcibly sexually exploiting the Appellant and her relatives without their expressed or implied consent, and without their knowledge for profit, sexual gratification, entertainment intentionally depriving them of their human rights and injuring them daily by dehumanizing and degrading them during this nine year and ten month ordeal which has not ceased. The Appellant requests and moves the court to transfer venue to this court and grant her immediate interim monetary relief in the amount of $ 72,000,000.00, Seventy Two Million Dollars which includes back pay, lost wages, and the payment of ordinary pension which has been intentionally impaired and diminished by the Appellees / Defendants, and payment for her performance of duty disablity benefits which she did not receive which was arbitrariy and capricously denied by the Appellees / Defendants in error of law and in retaliation for the Appellant objecting to being sexually harassed in the workplace, in additon to the Appellees / Defendants paying her for terminal leave / terminal pay which remains unpaid as well as paying her the annual variable supplements which remains unpaid, and for interim partial compensation for injuries intentionally inflicted upon her by the Appellees / Defendants ongoing criminal course of conduct

against the Appellant and her relatives in the amount of $ 72,000,000.00, Seventy Two Million Dollars which will be deducted from the full judgment in the sum of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Seventy Thousand Dollars, based upon the Defendants defalting in the New York Supreme Court, New York County twice, and the Appellees / Defendants intentional failure to answer the Appellants demands for pretrial discovery, and the Appellees / Defendants intentional failure to answer the questions in the Appellants / Plaintiff's Affidavit / Complaint in which the Appellees / Defendants were Summoned to appear in court in this prima facie case that has been established with facts, laws, documentary evidence and expert testimony in additon to the Appellees / Defendants not opposing any of Appellants Motions and Affirmtions for relief she requested in New York Supreme Court, New York County, Index # 153420 / 2024.

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant moved the court to grant her $10,00.00 a day for each and everyday she and her relatives were, and are sexually exploited by the Appellees / Defendants and their criminal accomplices which has already been 3,559 days and counting in the sum of $35,590,000.00 Thirty Five Million Five Hundred Ninety Thousand Dollars within seven days of the service and filing of this Affidavit and Order and contnuing until the Appellees / Defendants and their criminal accomplices completely cease stalking and forcibly sexually exploiting the Appellants and her relatives which deprives them of their human rights, and is illegal, unlawful and unconsentual.

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant also moves the court to issue a Warrant upon New York City Department of Corrections pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2518, Title 18 U.S.C 2516 because this matter involves felonious crimes, conspiracies, premeditated murders which have not been investigated therefore there is probable cause for the issuance of a warrant to investigate crimes committed against the Appellant and her relatives by the Appellees / Defendants from December 2014 to the present in the interim.

Let the Defendants Show Cause before the Court why an order should not be made granting Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant immediate interim monetary relief in the amount of $ 72,000,000.00, Seventy Two Million Dollars, which includes back pay, lost wages, and the payment of ordianry pension whcih was intentionally impaired and diminished, and payment for her performance of duty disablity benefits which she did not receive, in additon to unpaid terminal pay as well as unpaid annual variable supplements, and for interim partial compensation for injuries intentioally inflicted upon her and her relatives in additon to $10,00.00 a day for each and everyday the Appellant and her relatives are sexually exploited by the Appellees / Defendants and their criminal accomplices which has already been 3,559 days and counting, and an Order granting the Appellant's Declaratory Judgment, Default Judgment which will be deducted from the full judgment in the sum of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Seventy Thousand Dollars, based upon the Defendants defaulting in the matter Vicky Ware Bey, in Propria Persona v The City Of New York et al., Index # 153420/2024 in New York Supreme Court, New York County twice and not opposing any of her Motions for relief in addition to failing to answer the Appellants pretrial discovey demands and the questions she asked in her Affidavit / Complaint and Affirmations for relief, granting the Plaintiff $10,00.00 a day for each and everyday she and her relatives were forcibly sexually exploited by the Appellees / Defendants, and issuing for a Warrant upon NEW YORK CITY DEPARTMENT OF CORRECTIONS pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2518, Title 18 U.S.C 2516 investigate past and present crimes committed against the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant and her relatives by the Appellees / Defendants and their criminal accomplices whom they act inconcert with over the course of nine years and ten months which involves Terrorism, Coordinated Stalking, interstate Stalking, Conspiracy, Premeditated Murder(s) resulting in wrongful deaths, Hate Crimes, Genocide, Organized Crime, Criminal Abuses of Power, Criminal Harassment, Identity Theft, Grand Theft, Unconsentual and Forcible Sexual Exploitation and Abuse as well as other felonious crimes

which have not been investigated in which this matter involves conspiracy which is probable cause and sufficient reasons for a warrant to be issued upon New York City Department of Corrections pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2518, Title 18 U.S.C 2516, Title 18 U.S.C 25117, is appropriate as the court sees just and equitable.

**SUFFICIENT CAUSE THEREFORE APPERING**

**IT IS ORDERED** that the Appellees / Defendants and their accomplices are to immediately and completely stop all acts of Terriorism which includes Coordinated Stalking, Interstate and International Stalking, Conspiracy, Premeditated Murders resulting in Wrongful Deaths, Hate Crimes, Genocide, and forcible exploitation and abuse of the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and injured Party – Appellant and her relatives. The Appellees / Defendants are to immediately cease and disist from illegally and unlawfully montoring, recording and disseminating live and recorded unlawful surveillance images / intimate images of the Appellant and her relatives to the public via circuit tv, closed circuit tv, and the world wide web. The Appellees / Defendants and their accomplices are to immediately cease and disist all conspiratorial activities and abuses against Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant and her relatives. The Defendants and their accomplices are to immediately stop damaging and stealing the Plaintiff's / Petitioner's / Claimant's/ Crime Victim's / Aggrieved and Injured Parties – Appellant's and her relatives, private personal property and effects and are to immediately cease and decist from illegally and unlawfully hacking, intercepting and disseminating all of their oral, wire, wireless electronic communications, which includes and are not limited to their Personal Computers, Tablets, Cell Phones, landlines, Cable Boxes, Remotes etc. The Appellees / Defendants and their accomplices are to immediately cease and decsist all of their unlawful and intrusive surveillience and dissemination of illegal and unlawful surveillance images of the Appellent and her relatives over closed circuit tv, and the world wide web and other devices which directly violates Title 18 U.S.C 1801, Title 47 U.S.C 230, Title 18 USC 2261A. N.Y.P.L. 250.45, as well as International, Federal, the Fourth Amendment in the United States

Constitution and other State Laws. The Defendants and their accomplices are immediately to cease and desist all acts of Terrorism, Coordinated Stalking, Interstate and International Stalking, Conspiracy, Hate Crimes, Genocide, Oppression, Criminal Mischef, Manipulation, Character Defamation, Slander and Libel this is used to recruit others into participating in their ongoing crimes against the Appellant and her relatives and to intentionally ruin their reputations for the purpose of causing them additonal injuries as well as obstructing justice which violates the United States Constitution's First, Fourth and Nineth Amendments, Title 18 U.S.C 2511, Title 18 U.S.C 241, Title 18 U.S.C 242, Title 18 U.S.C 1801. Title 47 U.S.C 230, Title 18 U.S.C 2261A, New York Penal Laws, 245.15, 250.05, 250.30, 250.45, 250.60, and other state laws.

**IT IS ORDERED** that the this case is transfered to this court because it has original jurisdictions and appellate powers.

**IT IS ORDERED** that the Appellees / Defendants cease and decist from imparing and diminishing the Appellant's / Plaintiff's ordinary pension immdiately pay her $83,964.75 which is owed in back payments for the intentional dimishment of her ordinary pension benefits plus refunding her $50.00 per month in the sum of $3,750.00 which is deducted from her impaired and dimininsted ordinary pension benefits for 100% survivorship in which her pension benefits are to be paid in perpetuity. The Appellees / Defendants are to immediately pay the Appellant / Plaintiff an additional $478.55 in ordinary pension benefits which for the special assignment / hazard pay she was wrongfully denied when she was assigned to and working in Central Punitive Segration Unit which is an additonal 12% added to her average highest salary equating to an additional $478.55 per month which is to be added to her average salary, ordinary pension benefits and performance of duty disability pension from July 2018 to October 2024 equating to $35,891.25, all together in the sum of $123,606.00. The Appellees / Defendants are to immediately pay the Appellant / Plaintiff a performance of duty disabiity pension which now equates to $6,699.13 monthly from July 2018 to October 2024 in the sum of $291,084.75 in addition to the disability pension the Plaintiff did not receive from January 2017 to July 2018 in the

sum of $120,584.34, plus $95,000.00 in unpaid terminal pay, and $54,000.00 for the unpaid variable supplements. The Appellees / Defendants are to immediately pay the Appellant / Plaintiff $684,275.09 in pension benefits she did not receive, and $210,000.00 in back pay and wages for a year and half salary / lost wages. The Appellees / Defendants are to immediately pay the Appellant / Plaintiff the sum of $894,275.09 in back pay, lost wages, and for the diminishment of her ordinary pension benefits, and performance of duty disablity pension benefits which is included in the interim monetary relief she requested in the amount of $72,000,000.00 Seventy Two Million Dollars.

**THEREFORE IT IS ORDERED** the Appellees / Defendants are to pay the Appellant / Plaintiff immediate interim monetary relief in the amount of $72,000,000.00 Seventy Two Million Dollars for intentional injuries the inflict upon her and her relatives which will be deducted from the full judgment amount in suit in the sum of $752,704,070.00.

**IT IS FUTHER ODERED** that the Appellees / Defendants are to pay the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party Appellant and additonal $10,00.00 a day for each and everyday her and her relatives were and are sexually exploited by the Appellees / Defendants and their criminal accomplices, which has already been 3,559 days and counting in the sum of $35,590,000.00 Thifty Five Million Five Hundred Ninety Thousand Dollars.

**IT IS ORDERED** that Declaratory Judgment, Default Judgment and Judgment as a matter of law is granted in favor of the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant in the sum of $752,704,070.00 Seven Hundred Fifty Two Million Seven Hundred Four Thousand and Seventy Dollars which is to be paid in full by October 29, 2024.

**IT IS ORDERED** that the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant is granted 28 years of credited service as partial compensation for the intentional egregious illegal and unlawful encroachment upon her rights which includes and are not limited to the illegal and unlawful surveillance and eavesdropping, monitoring and recording and the public dissemination of illegal and unlawful surveillance images of the Plaintiff / Petitioner / Claimant / Crime

victim / Aggrieved and Injured Party - Appellant and her relatives which includes intimate images of them without their implied or expressed consent and without their knowledge being committed by the Appellees / Defendants and their accomplices who are forcibly exploiting the Appellant and her relatives daily, 24 hours a day, seven days a week during this nine year and ten month ordeal as of this day without ceasing, intentionally depriving the Appellant and her relatives of their inalienable rights, human rights and their rights secured by the United States Constitution, in addition to granting the Plaintiff $10,000.00 per day in the sum of $35,590,000.00 Thirty Five Million Five Hundred Ninety Thousand Dollars for being stalked and forcibly sexually exploited by the Appellees / Defenants and their criminal accomplices for 3,559 days within seven days, as partial compensation for the Appellees / Defendants malicious and willful gross human rights violatons upon the Appellant and her relatives.

This sanction will continue until the Appellees / Defendants and their accomplices completely cease from depriving the Appellant and her relatives of their inalienable rights, human rights, and thier rights secured by the United States Constitution.

**IT IS ORDERED** that the Appellees / Defendants are forever enjoined from contacting the Appellant and her relatives directly via second or third parties, and is indefinitely prohibited from coming in contact with the Appellant and her relatives interstate and internationally within 40 yards of them indefinitely.

**IT IS ORDERED** that NEW YORK CITY DEPARTMENT OF CORRECTIONS are to immediately disclose all electronic data from every department within New York City Department of Corrections and all ISP electronic data pursuant to Title 18 U.S.C 2703(d) and all records relating to the subscriber(s) including all emails of all personnel active and retired, both open and unopened including lists of and special services maintained on every ISP computer, all electronic communications and extremely old email both open and unopened as well as comply with other investigative procedures pursuant to Title 18 U.S.C 2518, Title 18 U.S.C 2516, Title 18 U.S.C 2517.

**IT IS ORDERED** that the Appellees / Defendants comply and incorporate the Consent Decree written by the Appellant which is required to prevent the egregious crimes she complainted about in the workplace which is the result of the Appellees / Defendants negligent hiring and retention practices. The Appellants written Consent Decree would prevent future injuries, permenant injuries, and irreparable harm other employees by incorporating the Appellant's Consent Decree which would improve screening processes for employment, and the appointment of higher positions which requires higher educational standards. Integrity and the ability to handle power responsibly.

**IT IS FURTHER ORDERED** that the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party must serve this Emergency Civil Order upon the Appellees / Defendants Attorney of Record, The City of New York Law Department / Corporation Counsel located at 100 Church Street, New York, New York 10007 by October 17, 2024.

_____
Justice

PRESS FIRMLY TO SEAL

PRIORITY MAIL XPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

RECEIVED
HARRISBURG, PA
OCT 16 2024
PER _____
DEPUTY CLERK

FOR DOMES[TIC]
PLACE

■ Guaranteed
■ Guaranteed
■ USPS Track and many in
■ Pick up avai
■ Domestic sh (restrictions
■ Signature in

* Money Back Guar select Internation See DMM and IM
† Money Back Guar
‡ Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PRESS FIRMLY T[O SEAL]

US POSTAGE IMI 9922410210053 2000391907
$32.00
SSK
PME
10/10/24 Mailed from 11365 028W2311114
15.70 oz
RDC 07

PRIORITY MAIL EXPRESS®

E

WAIVER OF SIGNATURE REQUESTED
SCHEDULED DELIVERY DAY: 10/12/24 06:00 PM

C028

SHIP TO:
VICKY WARE BEY
PO BOX 340031
JAMAICA NY 11434-0031



UNITED STATES SUPREME COURT
1501 N 6TH ST
HARRISBURG PA 17102-1104

USPS TRACKING® NUMBER

9570 1067 0336 4284 3421 47